UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING**

CASE NO.   R21-41288-BEM          ELLIS-MONRO, JUDGE
DEBTOR(S): MALENA G. CRIPE        DATE:  JANUARY 5, 2022

SONYA BUCKLEY GORDON TO REPORT BACK IN 10 DAYS

FOR COPY OF 2020 TAX RETURN

TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

RECOMMENDS AGAINST CONFIRMATION OF THE PLAN BECAUSE:
THE TRUSTEE HAS NOT RECEIVED COPY OF 2020 TAX RETURN
PLEASE ENTER AN ORDER OF DISMISSAL.

January 25, 2022

                         /s
             _____
             Sonya Buckley Gordon, Esq.
             for Chapter 13 Trustee
             GA. Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
404-525-1110

R21-41288-BEM

## CERTIFICATE OF SERVICE

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

MALENA G. CRIPE
736 BISHOP POND RD
LOT H
CHATSWORTH, GA 30705-6076

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES

This 25th day of January, 2022


       /s/
_____
Sonya Buckley Gordon, Esq.
for Chapter 13 Trustee
GA Bar No. 140987




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
404-525-1110